IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILLIAM SNYDER AND SHIRLEY SNYDER, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 3:23-cv-1953-G |
| WELLS FARGO BANK, N.A., | § § | |
| *Defendant*. | § | |

**DEFENDANT'S CERTIFICATE OF CONFERENCE
AS TO ITS MOTION TO TRANSFER VENUE**

I hereby certify that on September 7, 2023, I conferred with Jillian Scherrer, counsel for Plaintiffs, regarding Defendant's Motion to Transfer Venue (Doc. 3), by email. Ms. Scherrer indicated that Plaintiffs are opposed to the requested relief.

Respectfully submitted,

_____

**B. David L. Foster**
State Bar No. 24031555
**Daniel Durell**
State Bar No. 24078450
LOCKE LORD LLP
300 Colorado Street, Suite 2100
Austin, Texas 78701
(512) 305-4700
(512) 305-4800 (Facsimile)
dfoster@lockelord.com
daniel.durell@lockelord.com

**Robert T. Mowrey**
State Bar No. 14607500
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
(214) 740-8000
(214) 740-8800 (Facsimile)
rmowrey@lockelord.com

**ATTORNEYS FOR WELLS FARGO BANK, N.A.**

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served on this the 7th day of September 2023, as indicated below to the following:

**VIA EMAIL**
Butch Boyd
Jillian Scherrer
BUTCH BOYD LAW FIRM
2905 Sackett Street
Houston, TX 77098
butchboyd@butchboydlawfirm.com
jillianscherrer@butchboydlawfirm.com
*Attorneys for Plaintiffs*

**VIA ECF AND EMAIL**
Michael T. Gallagher
THE GALLAGHER LAW FIRM PLLC
2905 Sackett Street
Houston, Texas 77098-1127
mike@gld-law.com
*Attorneys for Plaintiffs*

**VIA EMAIL**
L. Boyd Smith Jr.
THE BOYD SMITH LAW FIRM PLLC
2905 Sackett Street
Houston, TX 77098
bsmith@boydsmithlaw.com
*Attorneys for Plaintiffs*

                                                       Daniel Durell

134535000v.1 0108351/00001