UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **WILLIAM SNYDER AND SHIRLEY SNYDER,** §<br>*Plaintiffs,* § § § | |
| vs. § | Civil Action No. 3:23-cv-01953-G |
| **WELLS FARGO BANK, N.A.,** §<br>*Defendant.* § § § | |

## APPLICATION FOR ADMISSION PRO HAC VICE

I.     Applicant is an attorney and a member of the law firm (or practices under the name of) Ernest W. Boyd of Butch Boyd Law Firm, P.C., with offices at 2905 Sackett Street, Houston, TX 77098, Telephone No. 713-589-8477; Facsimile No. 713-589-8563.

II.     Applicant will sign all filings with the name, Ernest W. Boyd.

III.     Applicant has been retained personally by Plaintiffs William Snyder and Shirley Snyder to provide legal representation in connection with the above-styled matter now pending before the United States for the Northern District of Texas.

IV.     Applicant is a member in good standing of the bar of the highest court of the state of Texas United States District Court for the Southern District of Texas, where Applicant regularly practices law. Bar license number Federal ID No 23211 Admission date: March 15, 1999.

V.     Applicant has also been admitted to practice before the following Courts:

| Court | ID Number | Date of Admission |
|---|---|---|
| State Bar of Texas | Bar Card Number: 00783694 | November 6, 1992 |
| Southern District of Texas | Federal ID No. 23211 | March 15, 1999 |
| Western District of Texas | Bar Card Number: 00783694 | February 15, 2006 |

VI.     Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline.

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice.

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses.

IX. Applicant has not filed for pro hac vice admission in the United States District Court for the Northern District of Texas during the past three (3) years.

X. Local counsel of record associated with Applicant in this matter is Michael T. Gallagher, who has offices at The Gallagher Law Firm PLLC, 2905 Sackett Street, Houston, Texas 77098-1127; Telephone No. 713-222-8080; Facsimile No. 713-222-0066.

XI. Check the appropriate box below.

For Application in a **Civil Case**

**X**   Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n, 121 F.R.D.284* (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in Dondi and with the local civil rules.

**N/A**   For Application in a **Criminal Case**

Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the 15th day of September, 2023.

Ernest W. Boyd  
Printed Name of Applicant

*[signature]*

_____  
Signature